OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

US POSTAGE
PRESORTED FIRST CLASS
02 1M
0004279596
$ 00.26⁵
JAN 29 2015
MAILED FROM ZIP CODE 78701
PITNEY BOWES

1/28/2015
Curiel, John
Tr. Ct. No. 1009999-A
WR-76,672-02

This is to advise that the Court has dismissed without written order the application for writ of habeas corpus.

*RTS*
discharged

JOHN CURIEL

Abel Acosta, Clerk

██████████ - TDC #1312715

U TF